UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

ANGEL CARMELINO CORONADO,

Petitioner,

v.

CHRISTOPHER LAROSE, Senior Warden, Otay Mesa Detention Center, et al.,

Respondents.

Case No.:  26-cv-1706-RSH-BLM

**ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS**

On March 18, 2026, petitioner Angel Carmelino Coronado filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 (the "Petition"). ECF No. 1. Petitioner argues that rather than being subject to mandatory detention under 8 U.S.C. § 1225(b), he is entitled to a bond hearing under 8 U.S.C. § 1226(a). ECF No. 1 ¶¶ 19–20, 42. He requests his immediate release, or in the alternative a bond hearing at which the U.S. Department of Homeland Security ("DHS") bears the burden of proving, by clear and convincing evidence, that Petitioner poses a danger to the community or a risk of flight. *Id.* at 10.

On March 23, 2026, Respondents filed a return taking the position that Petitioner is subject to mandatory detention under 8 U.S.C. § 1225(b), but "acknowledg[ing] that this Court, and Courts in this District, have repeatedly reached the opposite conclusion under the same and/or similar facts." ECF No. 3 at 2 (collecting orders from over a dozen district

judges in the Southern District of California). Respondents further "acknowledge[] that this Court's prior decisions will control the result here if the Court adheres to its prior decisions, as the facts are not materially distinguishable for purposes of the Court's decision, and on that basis the government does not oppose the petition and defers to the Court on the appropriate relief." *Id.* at 3.

Accordingly, the Petition is **GRANTED**. Respondents are directed to arrange a bond hearing for petitioner Angel Carmelino Coronado before an immigration court pursuant to 8 U.S.C. § 1226(a) within ***seven (7) days*** of this order. At this hearing, the government bears the burden of establishing by clear and convincing evidence that Petitioner poses a danger to the community or a risk of flight. The Court declines to order Petitioner's immediate release or issue further declaratory relief.

**IT IS SO ORDERED**.

Dated: March 24, 2026

Hon. Robert S. Huie
United States District Judge

26-cv-1706-RSH-BLM